banneringleinf

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
JUN -6 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00049 |
| Plaintiff, | **INFORMATION** |
| vs. | **DRIVING UNDER THE INFLUENCE OF ALCOHOL** (Count I) |
| BANNER JOY INGLE, | [16 GCA §18102(a) and 18 U.S.C. §§ 7(3) and 13] |
| | **STORAGE OF OPENED CONTAINER** (Count II) |
| Defendant. | [16 GCA §18122 and 18 U.S.C. §§ 7(3) and 13] |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I - DRIVING UNDER THE INFLUENCE OF ALCOHOL

On or about 14 April 2007, in the District of Guam, the defendant, **BANNER JOY INGLE**, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate and was in physical control of a motor vehicle while under the influence of alcohol, in violation of 16 Guam Code Annotated, Section 18102(a)(as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

### COUNT II - STORAGE OF OPENED CONTAINER

On or about 14 April 2007, in the District of Guam, the defendant, **BANNER JOY INGLE**, at U.S. Naval Base Guam, on land acquired for the use of the United States and under

the concurrent jurisdiction thereof, being the driver of the vehicle, while the registered owner was not then present in the vehicle, did keep in the motor vehicle, while the vehicle was upon a highway, a can containing an alcoholic beverage which had been opened, in violation of 16 Guam Code Annotated, Section 18122 (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

DATED this 6th day of June, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
RYAN M. ANDERSON
Special Assistant U.S. Attorney

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number __07-00049__
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __x__ No

Defendant Name _____Banner Joy Ingle_____

Alias Name _____

Address _____
_____
_____

Birthdate __Xx/xx/__ SS# __xxx-xx-__ Sex __F__ Race ____ Nationality _____

**RECEIVED**
JUN - 6 2007
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S. Attorney Information:**

SAUSA __Ryan M. Anderson__

Interpreter: __X__ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__   ____ Petty __X__ Misdemeanor ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 16 GCA 18102(a) 18 USC 7(3) & 13 | Driving Under the Influence of Alcohol | 1 |
| Set 2 | 16 GCA 18122 18 USC 7(3) & 13 | Storage of Opened Container | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __5 JUN 07__   Signature of AUSA: _Ry M. Ander___

**ORIGINAL**