ORIGINAL

1  banneringlesum

2  LEONARDO M. RAPADAS
   United States Attorney
3  RYAN M. ANDERSON
   Special Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN - 6 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00049 |
| Plaintiff. ) | |
| ) | **UNITED STATES' REQUEST** |
| vs. ) | **FOR ISSUANCE OF SUMMONS** |
| ) | |
| BANNER JOY INGLE, ) | |
| ) | |
| Defendant. ) | |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, BANNER JOY INGLE, based on an Information filed charging the defendant with one count of Driving Under the Influence of Alcohol in violation to Title 16, Guam Code Annotated, Section 18102(a) and Title 18, United States Code, Sections 7(3) and 13, and one count of Storage of Opened Container in violation of Title 16, Guam Code Annotated, Section 18122 and Title 18, United States Code, Sections 7(3) and 13.

Respectfully submitted this 6th day of June 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
RYAN M. ANDERSON
Special Assistant U.S. Attorney