LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00049 |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | re United States' Request for |
| | ) | Issuance of Summons |
| BANNER JOY INGLE, | ) | |
| Defendant. | ) | |

Upon the filing of an Information and the request of the government,

IT IS SO ORDERED that a summons be issued for the above-named defendant to appear before this Court on Tuesday, June 12, 2007, at 9:30 a.m.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jun 06, 2007**