**FILED**

**DISTRICT COURT OF GUAM**

JUN 11 2007

**MARY L.M. MORAN**

**CLERK OF COURT**

# UNITED STATES DISTRICT COURT

## DISTRICT OF

UNITED STATES OF AMERICA
V.

**BANNER JOY INGLE**

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number: **CR-07-00049-001**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| 3rd FLOOR, U.S. COURTHOUSE 520 WEST SOLEDAD AVENUE HAGATNA, GUAM 96910 | COURTROOM |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge | Date and Time Tuesday, June 12, 2007 at 9:30 a.m. |

To answer a(n)

☐ Indictment   X Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Pretrial Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**Count I - Driving Under the Influence of Alcohol [16 GCA § 18102(a) and 18 U.S.C. §§ 7(3) and 13]**

**Count II - Storage of Opened Container [16 GCA §18122 and 18 U.S.C. § 7(3) and 13]**

RECEIVED

JUN 2007

US MARSHALS SERVICE-GUAM

RECEIVED

JUN 11 2007

US MARSHALS SERVICE-GUAM

**Leilani R. Toves Hernandez, Deputy Clerk**

Name and Title of Issuing Officer

Signature of Issuing Officer

**June 7, 2007**

Date

ORIGINAL

## RETURN OF SERVICE

|  | Date | |
|---|---|---|
| Service was made by me on:[1] | 6/11/2007 | |

### Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

*Burt Salmsbge*

☐ Returned unexecuted:

I d eclare u nder p enalty o f p erjury u nder t he l aws o f the United S tates o f A merica t hat t he f oregoing information contained in the Return of Service is true and correct.

Returned on ___6/11/2007___
        Date

___J. G___
Name of United States Marshal

___(by) Deputy United States Marshal___

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.