**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-07-00049　　　　　　　　　　　DATE: June 12, 2007

HON. Elizabeth Barrett-Anderson, Designated Judge, Presiding
Law Clerk: Jennifer Moton　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Peter Santos　　Electronically Recorded: 10:49:28 - 10:56:30
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Banner Joy Ingle　　　　　　　　Attorney: Richard P. Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Kristin St. Peter　　　　　　　U.S. Agent:
U.S. Probation: Grace Flores　　　　　　　　U.S. Marshal: T. Muna
Interpreter:　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Intial Appearance on an Information and Arraignment**
- Information read to defendant by Court.
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Plea entered: Not guilty
- Defense counsel's oral Motion to Dismiss denied by Court.
- Trial set for: August 8, 2007 at 9:30 a.m.
- Defendant released on conditions orally ordered by Court.

NOTES: