FILED
DISTRICT COURT OF GUAM
JUN 12 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>**BANNER JOY INGLE,**<br><br>Defendant. | CRIMINAL CASE NO. 07-00049-001<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to June 7, 2007.

Dated this 12th day of June, 2007.

ELIZABETH BARRETT-ANDERSON
DESIGNATED JUDGE
DISTRICT COURT OF GUAM