

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | Criminal Case No. 07-00049-001 |
|---|---|
| Plaintiff, | |
| vs. | **TRIAL ORDER** |
| **BANNER JOY INGLE,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the trial in this matter is scheduled for **August 8, 2007** at **9:30 a.m.** Pretrial motions shall be filed no later than July 25, 2007.

IT IS FURTHER ORDERED that the following be filed or lodged with this Court no later than August 1, 2007 (seven calendar days prior to trial):

1) Proposed jury voir dire questions;

2) An original and one copy of the exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered);

3) Three complete sets of marked and tabbed exhibits in three-ring binders. A copy of the Exhibit List shall be included in each three-ring binder. The parties shall meet and confer sufficiently in advance of trial and formulate a set of joint exhibits, if possible, to eliminate duplicate exhibits. Those exhibits upon which agreement cannot be reached shall be submitted separately by each respective party;

4) Any documents to be used in the examination of witnesses, but not to be introduced into evidence, such

as police reports, investigative reports or witness statements - (one copy must be lodged with the Court);

5) Proposed verdict forms;

6) An original and one copy of witness lists for purposes of voir dire only - (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment); and

7) Proposed jury instructions - (Those jury instructions upon which an agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefor of each party).

IT IS FURTHER ORDERED THAT:

1) If additional witnesses are to be called or additional exhibits are to be submitted, an original and one copy of a supplemental witness list or a supplemental exhibit list must be filed with the Court. Additionally, three copies of pre-marked supplemental exhibits must be lodged with the Court prior to their use at trial. The three copies of the pre-marked exhibits must have three holes punched on the left-hand side so that they can be easily inserted in the three-ring exhibit binders previously submitted by the parties.

2) If during the course of the trial, additional documents will be used in the examination of witnesses, but not introduced into evidence, one copy of each document shall be lodged with the Court prior to its use at trial.

Date: June 12, 2007

**ELIZABETH BARRETT-ANDERSON**
**DESIGNATED JUDGE**
**DISTRICT COURT OF GUAM**

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00049　　　　　　　　　　DATE: June 12, 2007

HON. Elizabeth Barrett-Anderson, Designated Judge, Presiding
Law Clerk: Jennifer Moton　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Peter Santos　　Electronically Recorded: 10:49:28 - 10:56:30
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Banner Joy Ingle　　　　　　　Attorney: Richard P. Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Kristin St. Peter　　　　　U.S. Agent:
U.S. Probation: Grace Flores　　　　　　U.S. Marshal: T. Muna
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Intial Appearance on an Information and Arraignment**
- Information read to defendant by Court.
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Plea entered: Not guilty
- Defense counsel's oral Motion to Dismiss denied by Court.
- Trial set for: August 7, 2007 at 9:30 a.m.
- Defendant released on conditions orally ordered by Court.

NOTES: