# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00049-001 |
| Plaintiff, | ) | |
| | ) | **INFORMATIONAL REPORT** |
| vs. | ) | |
| BANNER JOY INGLE, | ) | |
| Defendant. | ) | |

On June 12, 2007, Banner Joy Ingle made an initial appearance before Designated Judge Elizabeth Barrett-Anderson on an Information charging her with Count I: Driving Under the Influence of Alcohol, in violation of 16 GCA §18102(a) and 18 U.S.C. §§7(3) and 13; and Count II: Storage of Opened Container, in violation of 16 GCA § 18122, and U.S.C. §§ 7(3) and 13. Ms. Ingle was granted pretrial release with conditions. She is alleged to have committed the following in violation of 18 U.S.C. § 3142(c)(B)(ix):

**Special condition:** *Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.*

On June 13, 2007, the defendant submitted to urinalysis during her supervision processing which tested presumptive positive for methamphetamine, amphetamine and marijuana. She admitted in writing to using "meth" on June 11, 2007 and "marijuana" on June 7, 2007, prior to her initial appearance in Court.

**Supervision Compliance:** This Officer has no information that suggests that the defendant is not in compliance with other conditions of pretrial release.

Informational Report
Re: INGLE, Banner Joy
USDC Cr. Cs. No. 07-00049-001
June 20, 2007
Page 2

**Recommendation:** This report is informational in nature, therefore, it is respectfully requested that no action be taken. Ryan Anderson, Special Assistant U.S. Attorney, was informed of the violation and concurs with the recommendation. Assistant Federal Public Defender Richard P. Arens has also been informed of the defendant's violation.

        Respectfully submitted,

        FRANK MICHAEL CRUZ
        Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
        U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
  Supervision Unit Leader

cc: Ryan Anderson, SAUSA
    Richard P. Arens, AFPD
    File