

1 banneringleinf2

2 LEONARDO M. RAPADAS
United States Attorney
3 RYAN M. ANDERSON
Special Assistant U.S. Attorney
4 Suite 500, Sirena Plaza
108 Hernan Cortez Ave
5 Hagåtña, Guam 96910
Telephone: (671) 472-7332
6 Telecopier: (671) 472-7334

7 Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG -3 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BANNER JOY INGLE,<br>　　　　Defendant. | CRIMINAL CASE NO. 07-00049<br><br>**SUPERCEDING INFORMATION**<br><br>**STORAGE OF OPENED CONTAINER**<br>[16 G.C.A. §18122 and 18 U.S.C. §§ 7(3) and 13]<br>(Count I)<br>**RECKLESS DRIVING**<br>[16 G.C.A. § 9107 and 18 U.S.C. §§ 7(3) & 13]<br>(Count II) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I - STORAGE OF OPENED CONTAINER

On or about 14 April 2007, in the District of Guam, the defendant, **BANNER JOY INGLE**, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, being the driver of the vehicle, while the registered owner was not then present in the vehicle, did keep in the motor vehicle, while the vehicle was upon a highway, a can containing an alcoholic beverage which had been opened, in violation of 16 Guam Code Annotated, Section 18122, and Title 18, United States Code, Sections 7(3) and 13.

### COUNT II - RECKLESS DRIVING

On or about 14 April 2007, in the District of Guam, the defendant, **BANNER JOY INGLE**, at U.S. Naval Base Guam, on land acquired for the use of the United States and under

the exclusive jurisdiction thereof, did drive a motor vehicle upon a highway in willful or wanton disregard for the safety of persons or property thereon, in violation of 16 Guam Code Annotated, Section 9107, and Title 18, United States Code, Sections 7(3) and 13.

DATED this 31 day of July, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney