# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00049-001  DATE: August 07, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 10:01:14 - 10:01:53
CSO: J. McDonald / B. Benavente

**APPEARANCES:**

Defendant: Banner Joy Ingle  Attorney: John Gorman
DEFENDANT NOT PRESENT  ☒ Present ☐ Retained ☐ FPD ☒ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Ryan Anderson  U.S. Agent:
U.S. Probation: Carleen Borja  U.S. Marshal: C. Marquez
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance on a Superseding Information and Plea**

- Mr. Gorman's motion for a brief continuance was granted.
- Proceedings continued to: August 8, 2007 at 10:00 a.m.

NOTES: