CASE NO.: CR-07-00049-001  DATE: August 08, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 10:01:33 - 10:18:02
CSO: B. Benavente

**APPEARANCES:**

Defendant: Banner Joy Ingle  Attorney: John Gorman
  Present  Custody  Bond  P.R.   Present  Retained  FPD  CJA
U.S. Attorney: Ryan Anderson  U.S. Agent:
U.S. Probation: Carleen Borja  U.S. Marshal: C. Marquez
Interpreter:  Language:

**PROCEEDINGS: Continued Initial Appearance on a Superseding Information and Plea**

- Defendant orally waived trial, judgment and sentencing by the District Judge and consented to disposition by the Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty to Count I - Storage of Opened Container.
- Plea: Accepted.
- Sentencing set for: November 6, 2007 at 9:30 a.m.
- Draft Presentence Report due to the parties: 10/2/2007
- Response to Presentence Report: 10/23/2007
- Final Presentence Report due to the Court: 10/30/2007
- Mr. Gorman advised the Court that he will will coordinate with the US Probation Office for expedited sentencing and notify the Court accordingly.
- Defendant released as previously ordered by this Court.

NOTES: