
**FILED**
**DISTRICT COURT OF GUAM**
**SEP 28 2007**
**JEANNE G. QUINATA**
Clerk of Court

JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
BANNER JOY INGLE

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-00049 |
| ) | |
| Plaintiff, ) | RESPONSE TO DRAFT PRESENTENCE |
| ) | REPORT |
| vs. ) | |
| ) | |
| BANNER JOY INGLE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant, BANNER JOY INGLE, by and through counsel, John T. Gorman, Federal Public Defender, respectfully accepts and adopts the findings of the Draft Presentence Investigation Report.

DATED: Mongmong, Guam, September 28, 2007.

JOHN T. GORMAN
Attorney for Defendant
BANNER JOY INGLE



**ORIGINAL**

## CERTIFICATE OF SERVICE

I, ALEXANDER MODABER, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on September 28, 2007:

>RYAN ANDERSON
>Special Assistant United States Attorney
>Sirena Plaza
>108 Hernan Cortez, Ste. 500
>Hagatna, Guam 96910
>
>Attorney for Plaintiff
>UNITED STATES OF AMERICA

DATED: Mongmong, Guam, September 28, 2007.

_____
ALEX MODABER
Investigator to

JOHN T. GORMAN
Attorney for Defendant
BANNER JOY INGLE