JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
BANNER JOY INGLE



**FILED**
DISTRICT COURT OF GUAM

SEP 28 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00049 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO EXPEDITE |
| | ) | SENTENCING HEARING DATE |
| vs. | ) | |
| | ) | |
| BANNER JOY INGLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Sentencing Hearing currently set for November 6, 2007 at 9:30 a.m. be expedited to October 9, 2007 or a date convenient for the Court's calendar.

The parties request this new, expedited Sentencing Hearing date as the Presentence Investigation Report has been prepared and the parties are ready to proceed with sentencing.

//

//

//

**ORIGINAL**

IT IS SO STIPULATED:

DATED: Mongmong, Guam, September 28, 2007.

_____
JOHN T. GORMAN
Attorney for Defendant
BANNER JOY INGLE

_____
RYAN M. ANDERSON
Attorney for Plaintiff
UNITED STATES OF AMERICA