JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:     (671) 472-7111
Facsimile:     (671) 472-7120

Attorney for Defendant
BANNER JOY INGLE

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00049 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | re Stipulation to Expedite Sentencing |
| | ) | Hearing Date |
| BANNER JOY INGLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Stipulation filed on September 28, 2007, is HEREBY APPROVED. The sentencing hearing previously scheduled for November 6, 2007, is hereby moved to October 9, 2007, at 2:00 p.m.

/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
**Dated: Oct 01, 2007**