# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

United States of America

## NOTICE

V.

Banner Joy Ingle     CASE NUMBER: CR-07-00049-001

TYPE OF CASE:

☐ **CIVIL**     X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam**<br>**3rd Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagåtña, GU 96910** | **Tuesday, October 9, 2007 at 2:00 p.m.** | **Wednesday, October 10, 2007 at 1:30 p.m.** |

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**October 5, 2007**     /s/ Leilani R. Toves Hernandez
DATE     (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
         Federal Public Defender
         U.S. Probation Office
         U.S. Marshals Service