# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00049-001　　　　　　　　　　DATE: October 10, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 8:56:31 - 9:32:28 |
| CSO: N. Edrosa | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Banner Joy Ingle | Attorney: John Gorman |
| ___ Present ___ Custody ___ Bond ___ P.R. | ___ Present ___ Retained ___ FPD ___ CJA |
| U.S. Attorney: Ryan Anderson | U.S. Agent: |
| U.S. Probation: Christopher Duenas | U.S. Marshal: D. Punzalan |
| Interpreter: | Language: |

**PROCEEDINGS: Sentencing**

- Defendant sentenced to probation for a term of <u>2 years for each of Counts I and II, to be served concurrently</u>, with conditions (refer to Judgment for conditions of probation).
- Defendant ordered to pay a fine in the amount of $1,000.00 for Count I; fine waived for Count II.
- Defendant ordered to pay a special assessment fee of $25.00 for Count I and $10.00 for Count II, to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service to serve her probation condition of 24 hour imprisonment.

NOTES: