FILED
DISTRICT COURT OF GUAM
NOV - 5 2007
JEANNE G. QUINATA
Clerk of Court

DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF GUAM

    I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **October 24, 2007**, as instrument number **768454**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant: Banner Joy Ingle      Address: Dededo, GU 96929
    SSN: XXX-XX-9073
    DOB: XX-XX-1979

Court Imposing Judgment: U.S. District Court of Guam

Court Number: CR 07-00049

Amount of Judgment: $3,000.00

Place of filing: Guam

    WITNESS my hand at Hagåtña, Guam, on this, the 31st day of October, 2007.

_____
MARIVIC P. DAVID
Assistant U.S. Attorney

ORIGINAL